IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Douglas Eugene Blake,<br>    Debtor. | CHAPTER 7 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>    Movant,<br>v.<br>Douglas Eugene Blake,<br>    Debtor,<br><br>Steven M. Carr, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>17-05162/HWV |

### CONSENT O R D E R

AND NOW, at the Middle District of Pennsylvania, upon consent by and between the undersigned, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted as to Movant to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1231 Aylesbury Lane, York, PA 17404; and it is

ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order; and it is

FURTHER ORDERED that the Automatic Stay shall remain in effect as to all other Creditors.

_____
Kevin S. Frankel, Esquire
Attorney for Movant

_____
Dawn Marie Cutaia, Esquire
Attorney for Debtor

_____
Steven M. Carr
Trustee

BY THE COURT:

_____
HONORABLE HENRY W. VAN ECK
UNITED STATES BANKRUPTCY JUDGE